Mary Frances STROMAN,
Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent-Appellee.

No. 81–4501.

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 1982.

James R. Craig, Dallas, Tex., for petition-er-appellant.

John H. Menzel, Director, Tax Lit. Div., Chief Counsel's Office, Glenn L. Archer, Jr., Asst. Atty. Gen., Michael L. Paup, Chief Appellate Sec., David E. Carmack, Kenneth L. Greene, Tax Div., Dept. of Justice, Washington, D.C., for respondent-appellee.

Before WISDOM, RANDALL and TATE, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the opinion of the United States Tax Court, which is reported at 77 T.C. 514 (1981).

AFFIRMED.